NUMBER 13-06-095-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________                                                                

                          IN RE MARTHA L. ARANGO                              

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus __________________________________________________________________

 

                     MEMORANDUM OPINION

 

        Before Chief Justice Valdez and Justices Rodriguez
and Castillo

                            Per Curiam Memorandum Opinion[1]

 








Relator, Martha L.
Arango, filed a petition for writ of mandamus in the above cause
on March 3, 2006.  Real
Party in Interest, John G. Garcia, filed a response on March 7, 2006.  The Court, having examined and fully
considered the petition for writ of mandamus and the response,
is of the opinion that relator has not shown herself entitled to the relief
sought.  Accordingly, relator's petition
for writ of mandamus is denied.  See Tex. R. App. P. 52.8(a). 

PER CURIAM

 

Memorandum Opinion delivered and 

filed this 10th day of March, 2006.

 











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).